UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03478-RGK (JCGx) | Date | June 19, 2012 |
|---|---|---|---|
| Title | MONICA QUINTERO et al. v. THE RAWLINGS COMPANY LLC et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause as to Dismissal of Remaining Parties

   On June 18, 2012, this Court granted a Motion to Dismiss made by the Rawlings Defendant parties. Plaintiffs are hereby ordered to show cause in writing as to why the Court's reasoning in that Order should not be applied to the remaining Defendants.

   Plaintiffs are to respond in writing by Wednesday, June 27, 2012. Failure to respond could result in dismissal of Plaintiffs' claims against the remaining parties.

   **IT IS SO ORDERED.**

:
Initials of Preparer    slw